IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STACIE BASS, CAROLINE CULP, KRISTEN DESTEPHANO, JULIA GREER, DANIELLE LARSON, ERIN LEONARD, DEANA LOZANO, SHANNON MAINES, AMANDA MESSER, ALIZA MOR, MARISSA STEWART, MARY BETH TEW, and COURTNEY WEYMOUTH, *individually and on behalf of all those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BOWMAR NUTRITION, LLC, <br><br> Defendant. | Civil Action No. 4:21-cv-00307-JAJ-HCA <br><br> **MOTION TO DISMISS OR, IN THE ALTERNATIVE, STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Bowmar Nutrition, LLC, hereby moves before the Honorable John A. Jarvey of the United States District Court for the Southern District of Iowa, United States District Courthouse, 123 East Walnut Street, Des Moines, IA 50309, for an order: dismissing Counts 1, 3, 5, 7, 8, 9, 10, 12 and 14 of the First Amended Complaint ("FAC") to the extent based on purchases outside the applicable statutes of limitations; dismissing Plaintiff Deana Lozano's claims for restitution under California's Unfair Competition Law, False Advertising Law, and Consumers Legal Remedies Act; dismissing Plaintiffs' claim for unjust enrichment (Count 2); and dismissing or striking the class allegations as to the unjust enrichment claim.

This motion is made pursuant to Rule 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure. The grounds for Defendant's motion are set forth in the accompanying Memorandum of Points and Authorities, including that: Plaintiffs state no valid claims based on transactions outside the statutes of limitations applicable to Counts 1, 3, 5, 7, 8, 9, 10, 12 and 14; Plaintiff

Deana Lozano fails to plead facts showing that she lacks an adequate legal remedy and therefore fails to state claims for restitution under California's Unfair Competition Law, False Advertising Law, and Consumers Legal Remedies Act; Plaintiffs fail to state a claim for unjust enrichment because they have adequate legal remedies and do not plead facts establishing otherwise; and it is clear from the pleading that the unjust enrichment claim cannot proceed on a class basis.

This motion is based on this Motion, the accompanying Memorandum of Points and Authorities, the pleadings and papers filed in this action, and on such matters and arguments that may be presented to the Court at or before any hearing on this matter.

Dated: December 17, 2021

*/s/ William P. Cole*
William P. Cole, 186772 *(Pro Hac Vice)*
Matthew R. Orr, 211097 *(Pro Hac Vice)*
Amin Talati Wasserman LLP
515 S. Flower St., 18th Fl.
Los Angeles, CA 90071
Tel: 213-933-2330
Fax: 312-884-7352
william@amintalati.com
matt@amintalati.com

Samuel E. Jones, AT0009821
Shuttleworth & Ingersoll P.L.C.
115 Third St., SE, Ste. 500
Cedar Rapids, IA 52401
Tel: 319-365-9461
Fax: 319-365-8443
sej@shuttleworthlaw.com

*Attorneys for Defendant Bowmar Nutrition, LLC*

Copy to:

Eric S. Mail
Eric D. Puryear
Puryear Law P.C.
3719 Bridge Ave, Suite 6
Davenport, IA 52807
Tel: 563.265.8344
Fax: 866.415.5032
mail@puryearlaw.com
eric@puryearlaw.com

Charles C. Weller (Pro Hac Vice)
Charles C. Weller, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137
legal@cweller.com
Attorneys for Plaintiffs

| CERTIFICATE OF SERVICE |
|---|
| The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with **FRCP 5 on** <u>December 17, 2021</u> **by:** |
| [X] Electronically via ECF for ECF registrants<br>[ ] U.S. Mail _____<br>[ ] Fax _____<br>[ ] Email _____<br>[ ] Hand Delivered _____<br>[ ] other _____ |
| **\_\_\_/s/\_\_\_\_\_Mariam A. Yusuf\_\_\_\_\_** |