# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STACIE BASS, et al., *individually and on behalf of all those similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOWMAR NUTRITION, LLC, *an Iowa limited liability company*,<br><br>*Defendant*. | No. 4:21-cv-00307<br><br>**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby give notice that this matter is DISMISSED WITH PREJUDICE.

Respectfully submitted,

By: */s/ Eric S. Mail*
Eric S. Mail AT0011435
**PURYEAR LAW P.C.**
3719 Bridge Ave, Suite 6
Davenport, IA 52807
(P): 563.265.8344
(F): 866.415.5032
mail@puryearlaw.com
eric@puryearlaw.com

/s/ *Charles C. Weller*
Charles C. Weller (*pro hac vice*)
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

*Attorneys for Plaintiffs*

**SEEN AND AGREED AND SO STIPULATED:**

/s/ *Matthew Orr*
William P. Cole
Matthew Orr
AMIN TALATI WASSERMAN, LLP
515 South Flower Street, 18th Floor
Los Angeles, CA 90071
202.918.7949
william@amintalati.com
matt@amintalati.com

*/s/ Samuel E. Jones*
Samuel E. Jones, AT0009821
Shuttleworth & Ingersoll P.L.C.
115 Third St., SE, Ste. 500
Cedar Rapids, IA 52401
319.365.9461
sej@shuttleworthlaw.com


*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2023 I did cause the foregoing to be filed into the docket via the CM/ECF system, which filing caused service to be made upon all counsel of record.

By: ***/s/ Eric S. Mail***
Eric S. Mail AT0011435